**2002–1848. Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**

Board of Tax Appeals, No. 99–A–1411. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 28, 2003.

**2002–1849. Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**

Board of Tax Appeals, No. 99–A–1412. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 28, 2003.

**2002–2239. State ex rel. Johnson v. Ohio Dept. of Rehab. & Corr.**

Madison App. No. CA2000–04–014. This cause is pending before the court as an appeal from the Court of Appeals for Madison County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 3, 2003.

## MISCELLANEOUS DISMISSALS

**2002–2169. State ex rel. Bowman v. Fyda Freightliner, Inc.**

Franklin App. No. 02AP–284, 2002-Ohio-6168. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0097. State ex rel. Hassan v. Indus. Comm.**

Franklin App. No. 02AP–153, 2002-Ohio-6564.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–2084. State ex rel. Dismuke v. Indus. Comm.**

Franklin App. No. 02AP–7, 2002-Ohio-6025.

[Cite as *02/05/2003 Case Announcements,* 2003-Ohio-518.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 5, 2003*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0138. State ex rel. Ameen v. Indus. Comm.**

Franklin App. No. 02AP–128, 2002-Ohio-6744.